UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR06-317-RSL |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| TUAN MINH LE, ) | |
| Defendant. ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 29, 2009. The United States was represented by Assistant United States Attorney Lawrence R. Lincoln, and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. § 656. On or about February 16, 2007, defendant was sentenced in the Honorable Robert S. Lasnik to a term of three (3) years of probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a mental health program, financial disclosure, $10,000 restitution, submit to search, gambling prohibition, attendance of Gamblers Anonymous, single checking account, business record disclosure, employment restrictions, no new credit, and RRC placement.

In a Petition for Warrant or Summons, dated May 4, 2009, U.S. Probation Officer

Brian K. Facklam asserted the following violation by defendant of the conditions of his supervised release:

    (1) Failing to submit a truthful and complete written report within the first five days of each month from September 2008, to March 2009, in violation of standard condition 2.

    (2) Failing to pay restitution from June 2008 to March 2009, in violation of the special condition requiring him to pay restitution as instructed.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on violation numbers 1 and 2 has been set before the Honorable Robert S. Lasnik on September 15, 2009 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 29th day of May, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Robert S. Lasnik
       AUSA:    Mr. Lawrence R. Lincoln
       Defendant's attorney:    Ms. Jennifer Wellman
       Probation officer:    Mr. Brian K. Facklam